```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                                  Case No. 16-04030-JJT
Patrick Mutoke                                                          Chapter 13
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0314-5          User: PRatchfor            Page 1 of 2           Date Rcvd: Nov 02, 2016
                              Form ID: ntcnfhrg          Total Noticed: 25
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 04, 2016.
```
db          +Patrick Mutoke,    137 Ashley Court,    Bushkill, PA 18324-7796
4838550     +BANK OF AMERICA,    4909 SAVARESE CIRCLE,    TAMPA, FL 33634-2413
4838551     +CAPITAL 1/BEST BUY,    26525 N RIVERSOODS BLVD,    LAKE FOREST, IL 60045-3440
4838553     +CHASE CARD,    PO BOX 15298,    WILMINGTON, DE 19850-5298
4838555    #+DEBT RECOVERY SOLUTIONS,    900 MERCHANTS,    CONCOURSE 106,    WESTBURY, NY 11590-5121
4838558     +MIDLAND FUNDING,    2365 NORTHSIDE DR STE 300,    SAN DIEGO, CA 92108-2709
4838559     +NYS DEPT OF TAXATION & FINANCE,    ATTN OFFICE OF COUNSEL,    BLDG 9 & W.A. HARRIMAN CAMPUS,
              ALBANY, NY 12227-0001
4842371      New York State Department of Taxation & Finan,    Bankruptcy Section,    P O Box 5300,
              Albany, NY 12205-0300
4838560     +PNC BANK NA,    1 FINANCIAL PKWY,    KALAMAZOO, MI 49009-8002
4838561     +RUSHMORE LOAN MANAGEMENT SVCS,    PO BOX 52708,    IRVINE, CA 92619-2708
4838562      RUSHMORE LOAN MGMT SVC,    CUSTOMER SERVICE DEPT,    PO BOX 55004,    IRVINE, CA 92619-5004
4838563     +SENECA MORTGAGE SERVICING,    611 JAMISON ROAD,    ELMA, NY 14059-9392
4838564     +SENECA MORTGAGE SERVICING,    15480 LAGUNA CANYON ROAD,    SUITE 100,    IRVINE, CA 92618-2132
4838565     +SYNCHB/MAACO & MEINEKE,    950 FORRER BLVD,    KETTERING, OH 45420-1469
4838567     +UNITED NATIONS FCU,    2401 44TH RD FL 5,    LONG ISLAND CITY, NY 11101-4605
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           E-mail/PDF: rmscedi@recoverycorp.com Nov 02 2016 19:09:11
              Recovery Management Systems Corporation,    25 SE 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
4838549     +E-mail/Text: ally@ebn.phinsolutions.com Nov 02 2016 19:11:03    ALLY FINANCIAL INC,
              200 RENAISSANCE CENTER,    DETROIT, MI 48243-1300
4845935      E-mail/Text: ally@ebn.phinsolutions.com Nov 02 2016 19:11:03    Ally Financial,
              PO Box 130424,    Roseville MN 55113-0004
4838552     +E-mail/Text: bankruptcy@usecapital.com Nov 02 2016 19:11:43    CAPITAL ACCOUNTS,
              PO BOX 140065,    NASHVILLE, TN 37214-0065
4838554      E-mail/Text: bankruptcy@consumerportfolio.com Nov 02 2016 19:11:27
              CONSUMER PORTFOLIO SERVICES,    PO BOX 57071,    IRVINE, CA 92619-7071
4838556      E-mail/Text: bknotice@erccollections.com Nov 02 2016 19:11:26    ENHANCED RECOVERY COMPANY,
              8014 BAYBERRY ROAD,    JACKSONVILLE, FL 32256-7412
4838557      E-mail/Text: cio.bncmail@irs.gov Nov 02 2016 19:11:09    IRS,    CENTRALIZED INSOLVENCY OP,
              PO BOX 7346,    PHILADELPHIA, PA 19101-7346
4846611      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 02 2016 19:11:15
              Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
              Harrisburg, PA  17128-0946
4839225      E-mail/PDF: rmscedi@recoverycorp.com Nov 02 2016 19:09:02
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
4838566     +E-mail/Text: bankruptcy@unitedacceptance.com Nov 02 2016 19:11:23    UNITED ACCEPTANCE INC,
              2400 LAKE PARK DR SE,    SMYRNA, GA 30080-8993
                                                                                             TOTAL: 10

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 04, 2016                                    Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2016 at the address(es) listed below:

    Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
    Joshua I Goldman   on behalf of Creditor   Wilmington Savings Fund Society, FSB D/B/A Christiana Trust Not in its Individual Capacity but Solely as Trustee for Winsted Funding Trust 2015-1   bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
    United States Trustee   ustpregion03.ha.ecf@usdoj.gov
    Vincent Rubino   on behalf of Debtor Patrick Mutoke   epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;eapotito@hotmail.com

    TOTAL: 4

ntcnfhrg (04/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Patrick Mutoke
Debtor(s)

Chapter 13

Case No. 5:16−bk−04030−JJT

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **December 2, 2016** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: December 13, 2016<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: PRatchford |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 2, 2016 |