IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER NO. 13 |
| MUTOKE, PATRICK | : | |
| DEBTOR | : | CASE NO. 5:16-BK-04030-JJT |
| | : | |
| MUTOKE, PATRICK | : | |
| PLAN PROPONENT | : | PLAN OBJECTION |
| V. | : | |
| PENNSYLVANIA DEPARTMENT OF REVENUE | : | CONFIRMATION HEARING: FEBRUARY 7, 2017 @ 9:30 |
| PLAN OBJECTANT | : | RELATED TO DOCKET NO. <u>22</u> |

## WITHDRAWAL OF PENNSYLVANIA DEPARTMENT OF REVENUE'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The Commonwealth of Pennsylvania, Department of Revenue withdraws its Objection to Debtor's Chapter 13 Plan, as the matter objected to has been resolved.

Respectfully Submitted,

DATED: May 12, 2017    By:    /s/ Albert James Millar
Counsel
Office of Chief Counsel
PA Department of Revenue
Office of Chief Counsel
PO Box 281061
Harrisburg, PA 17128-1061
Attorney I.D. 62053
(717) 346-4649
Facsimile (717) 772-1459
jmillar@pa.gov