```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                    Case No. 16-04030-JJT
Patrick Mutoke                                            Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: PRatchfor          Page 1 of 1          Date Rcvd: Oct 10, 2017
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 12, 2017.
db             +Patrick Mutoke,   137 Ashley Court,   Bushkill, PA 18324-7796

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2017                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2017 at the address(es) listed below:
              Albert James Millar    on behalf of Creditor    PA Dept of Revenue jmillar@pa.gov
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    Wilmington Savings Fund Society, FSB D/B/A Christiana
               Trust Not in its Individual Capacity but Solely as Trustee for Winsted Funding Trust 2015-1
               bkgroup@kmllawgroup.com
              Joshua I Goldman     on behalf of Creditor    Wilmington Savings Fund Society, FSB D/B/A Christiana
               Trust Not in its Individual Capacity but Solely as Trustee for Winsted Funding Trust 2015-1
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent Rubino    on behalf of Debtor Patrick  Mutoke
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com;vsmith@newmanwilliams.com
                                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Patrick Mutoke<br>　　　　　　Debtor | CHAPTER 13 |
| Wilmington Savings Fund Society, FSB D/B/A Christiana Trust Not in its Individual Capacity but Solely as Trustee for Winsted Funding Trust 2015-1<br>　　　　　　Movant<br>　　　vs. | NO. 16-04030 JJT |
| Patrick Mutoke<br>　　　　　　Respondent<br>　　　and<br>Sonya Thompson-Mutoke<br>Charles J. DeHart, III, Esq., Trustee<br>　　　　　　Additional Respondents | 11 U.S.C. Section 362 and 1301 |

## ORDER

Upon consideration of Movant's Motion for Relief from the Automatic Stay, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Sections 362 and 1301 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362 and 1301, is modified with respect to the subject premises located at 137 Ashley Court a/k/a 1570 Ashley Court, Bushkill, PA 18324 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

Dated: October 10, 2017

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(PJR)