```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                          Case No. 16-04030-RNO
Patrick Mutoke                                                  Chapter 13
        Debtor                       CERTIFICATE OF NOTICE

District/off: 0314-5           User: PRatchfor             Page 1 of 2              Date Rcvd: May 23, 2019
                               Form ID: ordsmiss           Total Noticed: 29
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2019.
```
db              #+Patrick Mutoke,    137 Ashley Court,    Bushkill, PA 18324-7796
4838550          +BANK OF AMERICA,    4909 SAVARESE CIRCLE,    TAMPA, FL 33634-2413
4838555         #+DEBT RECOVERY SOLUTIONS,    900 MERCHANTS,    CONCOURSE 106,    WESTBURY, NY 11590-5142
4838559          +NYS DEPT OF TAXATION & FINANCE,    ATTN OFFICE OF COUNSEL,    BLDG 9 & W.A. HARRIMAN CAMPUS,
                   ALBANY, NY 12227-0001
4842371           New York State Department of Taxation & Finan,    Bankruptcy Section,    P O Box 5300,
                   Albany, NY 12205-0300
4838560          +PNC BANK NA,    1 FINANCIAL PKWY,    KALAMAZOO, MI 49009-8002
4930004           Planet Home Lending, LLC,    P. O . Box 660016, Dallas, TX 75266-0016,
                   Planet Home Lending, LLC,    P. O . Box 660016, Dallas, TX 75266-0016
4930003           Planet Home Lending, LLC,    P. O . Box 660016, Dallas, TX 75266-0016
4838561          +RUSHMORE LOAN MANAGEMENT SVCS,    PO BOX 52708,    IRVINE, CA 92619-2708
4838562           RUSHMORE LOAN MGMT SVC,    CUSTOMER SERVICE DEPT,    PO BOX 55004,    IRVINE, CA 92619-5004
4838564          +SENECA MORTGAGE SERVICING,    15480 LAGUNA CANYON ROAD,    SUITE 100,    IRVINE, CA 92618-2132
4838565          +SYNCHB/MAACO & MEINEKE,    950 FORRER BLVD,    KETTERING, OH 45420-1469
4838567          +UNITED NATIONS FCU,    2401 44TH RD FL 5,    LONG ISLAND CITY, NY 11101-4605
4865561          +Wilmington Savings Fund Society, FSB D/B/A Christi,    Seneca Mortgage Servicing LLC,
                   611 Jamison Road,    Elma, NY 14059-9392
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr               EDI: RECOVERYCORP.COM May 23 2019 23:08:00      Recovery Management Systems Corporation,
                   25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
4838549         +EDI: GMACFS.COM May 23 2019 23:08:00      ALLY FINANCIAL INC,    200 RENAISSANCE CENTER,
                   DETROIT, MI 48243-1300
4845935          EDI: GMACFS.COM May 23 2019 23:08:00      Ally Financial,    PO Box 130424,
                   Roseville MN 55113-0004
4838551         +EDI: CAPITALONE.COM May 23 2019 23:08:00      CAPITAL 1/BEST BUY,    26525 N RIVERSOODS BLVD,
                   LAKE FOREST, IL 60045-3440
4838552         +E-mail/Text: bankruptcy@usecapital.com May 23 2019 19:05:36      CAPITAL ACCOUNTS,
                   PO BOX 140065,    NASHVILLE, TN 37214-0065
4838553         +EDI: CHASE.COM May 23 2019 23:08:00      CHASE CARD,    PO  BOX 15298,
                   WILMINGTON, DE 19850-5298
4838554          E-mail/Text: bankruptcy@consumerportfolio.com May 23 2019 19:05:25
                   CONSUMER PORTFOLIO SERVICES,    PO BOX 57071,    IRVINE, CA 92619-7071
4838556          E-mail/Text: bknotice@ercbpo.com May 23 2019 19:05:23      ENHANCED RECOVERY COMPANY,
                   8014 BAYBERRY ROAD,    JACKSONVILLE, FL 32256-7412
4838557          EDI: IRS.COM May 23 2019 23:08:00      IRS,    CENTRALIZED INSOLVENCY OP,    PO BOX 7346,
                   PHILADELPHIA, PA 19101-7346
5146211          EDI: JEFFERSONCAP.COM May 23 2019 23:08:00      JEFFERSON CAPITAL SYSTEMS LLC,    PO Box 7999,
                   St Cloud MN 56302
5146212          EDI: JEFFERSONCAP.COM May 23 2019 23:08:00      JEFFERSON CAPITAL SYSTEMS LLC,    PO Box 7999,
                   St Cloud MN 56302,    JEFFERSON CAPITAL SYSTEMS LLC,    PO Box 7999,    St Cloud MN 56302
4838558         +EDI: MID8.COM May 23 2019 23:08:00      MIDLAND FUNDING,    2365 NORTHSIDE DR STE 300,
                   SAN DIEGO, CA 92108-2709
4846611          E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 23 2019 19:05:20
                   Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                   Harrisburg, PA  17128-0946
4839225          EDI: RECOVERYCORP.COM May 23 2019 23:08:00      Recovery Management Systems Corporation,
                   25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
4838566         +E-mail/Text: bankruptcy@unitedacceptance.com May 23 2019 19:05:21      UNITED ACCEPTANCE INC,
                   2400 LAKE PARK DR SE,    SMYRNA, GA 30080-8993
                                                                                               TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Ally Financial Inc.,    P.O. Box 130424,    Roseville, MN 55113-0004
cr*            ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                 (address filed with court: Jefferson Capital Systems LLC,    PO Box 7999,
                   St Cloud, MN  56302-9617)
4838563        ##+SENECA MORTGAGE SERVICING,    611 JAMISON ROAD,    ELMA, NY 14059-9392
                                                                                TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2019 at the address(es) listed below:

```
          Albert James Millar    on behalf of Creditor   PA Dept of Revenue jmillar@pa.gov
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor   Wilmington Savings Fund Society, FSB D/B/A Christiana
           Trust Not in its Individual Capacity but Solely as Trustee for Winsted Funding Trust 2015-1
           bkgroup@kmllawgroup.com
          Joshua I Goldman    on behalf of Creditor   Wilmington Savings Fund Society, FSB D/B/A Christiana
           Trust Not in its Individual Capacity but Solely as Trustee for Winsted Funding Trust 2015-1
           bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Regina  Cohen    on behalf of Creditor   Ally Financial Inc. rcohen@lavin-law.com,
           ksweeney@lavin-law.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          Vincent  Rubino    on behalf of Debtor 1 Patrick  Mutoke
           lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newman
           williams.com;EAP-VR@outlook.com;rkidwell@newmanwilliams.com
                                                                                             TOTAL: 7
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Patrick Mutoke,      Chapter     13

**Debtor 1**

Case No.     5:16–bk–04030–RNO

## **Order**

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: May 23, 2019          By the Court,

*/s/ Robert N. Opel II*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: PRatchford, Deputy Clerk

ordsmiss (05/18)